IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EVGENIY RAYGORODSKIY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-13-2005 |
| | § | |
| EBERL'S TEMPORARY SERVICES, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

The parties' Joint Motion to Approve Settlement and for Dismissal is granted with one change. After evaluating the Settlement Agreement between the parties, the court finds the settlement to be the product of arms-length negotiations and to be fair, reasonable, and adequate. The court also finds the attorney's fees amount to be fair and reasonable. The court approves the settlement under the Fair Labor Standards Act.

The Joint Motion to Approve Settlement and for Dismissal is granted. This action is dismissed with prejudice. All parties are to bear their own attorneys' fees and costs except as provided in the Settlement Agreement.

The request to maintain the Settlement Agreement as confidential is granted in part. Because the parties submitted the Agreement and asked the court to review it to decide whether to approve the settlement, it is presumptively public. A copy of the Settlement Agreement is to be filed in this case, redacted to remove the amounts of the payments. An unredacted copy may be filed under seal.

SIGNED on January 22, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge